**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DAHIYA ABDALLA YAHYA ADAM,

                                    Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

                                    Respondents.

Case No.:  26-cv-0508-BJC-BLM

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED**

Petitioner, a detainee of the Department of Homeland Security and proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner, however, has not paid the $5.00 filing fee and has not moved to proceed *in forma pauperis* ("IFP"). A petition for writ of habeas corpus must either be accompanied by a $5.00 filing fee or an application to proceed IFP. *See* Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), Habeas Rule 3(a).[1]

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why the Petition should not be dismissed for failure to satisfy the filing fee requirement.  To avoid dismissal of this

---

[1] A habeas petition brought pursuant to 28 U.S.C. § 2241 is subject to the same fee requirement as a habeas petition brought pursuant to 28 U.S.C. § 2254. *See* Habeas Rule 1(b) (providing that district courts may apply the Habeas Rules to habeas petitions not brought pursuant to 28 U.S.C. § 2254).

1

26-cv-0508-BJC-BLM

habeas case, Petitioner must, **no later than March 16, 2026**, either: (1) pay the $5.00 filing fee OR (2) submit adequate proof of his inability to pay the fee. *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

DATED: January 29, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-0508-BJC-BLM